NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**POLARIS INDUSTRIES, INC.,**
*Appellant*

**v.**

**ARCTIC CAT, INC.,**
*Appellee*

———————————

2017-1873, 2017-1874

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01788, IPR2015-01789.

———————————

**JUDGMENT**

———————————

J. DEREK VANDENBURGH, Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A., Minneapolis, MN, argued for appellant. Also represented by DENNIS BREMER, ALAN GARY CARLSON.

JOSEPH HERRIGES, JR., Fish & Richardson P.C., Minneapolis, MN, argued for appellee. Also represented by JOHN CAMERON ADKISSON, ROBERT P. COURTNEY, JOHN A. DRAGSETH, CONRAD GOSEN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED.**  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


June 11, 2018                        /s/ Peter R. Marksteiner
Date                                 Peter R. Marksteiner
                                     Clerk of Court